**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert PRICE, Jr., a/k/a Rocky,**
**Defendant–Appellant.**

**No. 02–6782.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 25, 2002.

Robert Price, Jr., Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Price, Jr., seeks to appeal the district court's orders (1) denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001); and (2) denying his post-judgment motion to amend. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Price*, Nos. CR–97–119; CA–00–422–7 (W.D.Va. Jan. 31, 2002 & Apr. 5, 2002). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*